UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ACOSTA,<br><br>　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>　　　Defendants. | Case No. 2:15-cv-0232-LDG-GWF<br><br>ORDER |

On July 31, 2015, the magistrate judge issued a report recommending that plaintiff's complaint be dismissed with prejudice (#8). The court has reviewed the report and recommendation and concludes that the magistrate judge's analysis is sound. Furthermore, in the absence of any objection to the report and recommendation, the court need not review de novo any factual determination made by the magistrate judge. See 28 U.S.C. § 636(b)(1)( C). Accordingly,

THE COURT HEREBY ORDERS that the report and recommendation (#8) is ADOPTED.

THE COURT FURTHER ORDERS that plaintiff's complaint is DISMISSED without prejudice.

DATED this 14 day of October, 2015.

_____
Lloyd D. George
United States District Judge